IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PAM McLIN AS ADMINISTRATRIX OF THE
ESTATE OF RODERICK LADON LEE, DECEASED
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF RODERICK LADON LEE, JR.                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:07cv94HTW-LRA

THE KRYSTAL COMPANY                                                          DEFENDANT

## ORDER

CAME BEFORE the Court Defendant's Motion to Dismiss or alternatively to Re-open Discovery. The Court having heard arguments of counsel and considering same finds as follows:

Defendant claims and hospital records confirm that Roderick Ladon Lee was shot and received treatment on August 25, 2000 while attending a Provine Football game and again shot or involved in an altercation requiring treatment on April 11, 2004, January 16, 2005 and September 3, 2005.

Defendant has been ordered to forward a copy of this Order together with a Subpoena to the Jackson Police Department. The Jackson Police Department is hereby directed to produce to the parties, all records, reports, files, or other information pertaining to these prior shooting incidents or altercations involving Roderick Landon Lee. If the Jackson Police Department cannot produce records specific to Roderick Ladon Lee then the Jackson Police Department is ordered to produce all incident reports, calls for service or investigative files for all fights, reports of shots fired, or shootings for the twenty four (24) hour period for each date.

SO ORDERED, this the 30th day of September, 2008.

**s/ HENRY T. WINGATE**

_____
HENRY T. WINGATE
U. S. DISTRICT JUDGE


APPROVED AS TO FORM:

/s/ Roger C. Riddick
ROGER C. RIDDICK
Upshaw, Williams, Biggers,
Beckham & Riddick
1025 Northpark Drive
Suite A
Ridgeland, Mississippi 39157
Post Office Box 9147
Jackson, Mississippi  39286-9147


/s/Joe N. Tatum
JOE N. TATUM
Tatum & Wade, PLLC
Post Office Box 22688
Jackson, Mississippi 39225-2688