

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PAM MCLIN, ET AL                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:07CV94HTW-LRA

THE KRYSTAL COMPANY                        DEFENDANT

~~ORDER~~
**BENCH WARRANT**

     It is hereby ordered that the United States Marshal Service shall locate and deliver to the Court one Marcus Smith of 1636 Raymond Road, Apartment 15-E, Jackson, MS, as he was summoned by the defendant to appear for the trial in the above-styled cause and has failed to so appear.

     SO ORDERED AND ADJUDGED THIS 7th DAY OF OCTOBER, 2009.

_____
HENRY T. WINGATE, CHIEF JUDGE
UNITED STATES DISTRICT COURT