# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

PAM McLIN, Administratrix of the Estate of Roderick Ladon Lee, Deceased, and on Behalf of All Wrongful Death Beneficiaries of Roderick Ladon Lee, Jr.     **PLAINTIFF(S)**

VS.     CIVIL ACTION NO. 3:07CV94HTW-LRA

THE KRYSTAL COMPANY     **DEFENDANT(S)**

## EXHIBITS

P-1, P-2, P-3, P-4, P-4A, P-5, P-6, P-7, P-8, P-9, P-10, P-11, P-12, P-13, P-14, P-15, P-16, P-17, P-18, P-21, P-22; D-1, D-3, D-3A, D-5a-c, D-6, D-8, D-9, D-11, D-14, D-15, D-16, D-20b, D-28, D-29, D-35a-b, D-36, D-36a-c, D-37, D-38a-b

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED OCT 15 2009 J.T. NOBLIN, CLERK BY _____ DEPUTY]